new 555

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name McCray    Douglas    W
3  (Last)    (First)    (Initial)

4  Prisoner Number F24989

5  Institutional Address

6  

FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  Douglas Wayne McCray
9  (Enter the full name of plaintiff in this action.)

   CV 08    0809

10  vs.    Case No. _____
        (To be provided by the Clerk of Court)

11  Yo Mabre, C/O Monroy, Poli,
12  Sgt Pinson, Dr Mitchell, Staff    **COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
13  O'Dougal, (A)DA Coordinator Peridy    **Title 42 U.S.C § 1983**
14  Lidel Aguilera,
15  (Enter the full name of the defendant(s) in this action)

   WHA
   (PR)

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18  [**Note:** You must exhaust your administrative remedies before your claim can go

19  forward. The court will dismiss any unexhausted claims.]

20  A.    Place of present confinement California Mens Colony

21  B.    Is there a grievance procedure in this institution?

22         YES (✓)    NO ( )

23  C.    Did you present the facts in your complaint for review through the grievance

24         procedure?

25         YES (✓)    NO ( )

26  D.    If your answer is YES, list the appeal number and the date and result of the

27         appeal at each level of review. If you did not pursue a certain level of appeal,

28         explain why.

COMPLAINT    - 1 -

I submitted grievance after grievance whenever answered some has been out for a year or more without any answers, some were never even answered. I can't get the ones that was partial answered out of my property.

1. Informal appeal I request my legal work out of my property over and over and I explain
2. First formal level this action to them, I'm in Ad Seg, or all replies refered me to the counselor he in turn refered me to I S U which I S U never responded
3. Second formal level _____
_____
_____
_____
4. Third formal level _____
_____
_____

E. Is the last level to which you appealed the highest level of appeal available to you?
    YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. The last level is not because they wouldn't send them back, they themselves are the threat, they are purposely with holding them

II. Parties.
A. Write your name and your present address. Do the same for additional plaintiffs, if any.
Douglas Wayne McCray, Calif. mens Colony State prison PO Box 8101, San Luis Obispo, CA 93409-8101

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
Correctional officer Munroe, Dr. Mitchell, the entire staff of C/Os of D-quad, ISU coordinator

COMPLAINT  J. a rider, Judge Aquilera, police sgt. Gibson, Yo mabre

Correctional officer ↙ P.O. Box 8504 Coalinga Ca

1. G. Monroe – Pleasant Valley State Prison
2. DR Mitchell – Calif mens colony State prison
   P.O. Box 8101 San Luis Obispo, CA 93409
3. The entire staff of D-quad – ADL coordinator Parida, correctional officer Mabee, all of Calif. mens colony.
4. Judge Aguilera of Pasadena Calif, municiaple court Misdemeanor dept'n.
5. Police Sgt Gibson – of Pasadena Calif Police Dept.

1
2
3
4
5  III.   Statement of Claim.
6         State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 I was sexually assaulted by the orders of Italian
11 mafia leader Judge Aquilina of Pasadena whom I chec
12 ked in periodically for a Prop 36 progress status.
13 This Judge tried to propose sex with me and/or, I decline.
14 he became enraged, had me held hostage, raped, and
15 set up for prison. Here in prison CDC staff has
16 been repeatedly over heard meeting, plotting to honor a
17 contract on my life. I've repeatedly written staff up. My
18 grievances are ignored, my life has been attempted on
19 already. My legal mail to various government forces has
20 been over heard to being intercepted. I'm now in
21 Ad. Seg. for the safety of my life due
22 to hearing inmates plan on attack me in the shower
   with staff approval
23 IV.   Relief.
24        Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 I want to file criminal charges on these
27 peoples, I want to be transfere to the
28 federal system. I would like to sue for $2,000,000

COMPLAINT                    - 3 -

(Statement of Claim continued)

The facts are: In Week 1, I was held captive by the Orders of A Judge Acuilevar (or a similar spelling) of Pasadena misdemeanor Court Centre. When I reported for Updates of Progress on a prop 36. In Memorial Park of Pasadena, This Judge Ask to speak with me concerning a female friend of his that liked me and wanted to date me. afterward he asked was I interested in dating her. I replied no. He became persistent. Soon he switches from concern about her to himself, and ask would I like to sleep with he and his wife. I said no. Then he says well then what about just with me then, would you like to sleep with me. I'm not really a man but a woman traped in a mans body being punished by God For something I know nothing about. I said no. (At the begining of this conversation this Judge Identified himself as Italian mafia Leader as a matter of fact). I notice myself being surrounded by a numerous amount of peoples. they turn out to be members of the Italian Mafia, there to Vote on weather I live or die. This Judge explains to his members that he felt very protective of his Friend Diane, a Female drug and alcohol counselor. That he used to date her when she was a prostitue and after awhile he befriended her and asked her would she like a new life. She said yes. So he took her out of that life and paid her way through school and got her a job at the local rehab center after graduation. Upon graduation She asked him that since they no longer dated and were now just good friends, would it be okay with him that if anyone would come through her new job that she liked, could she pick them up and take them alone. She felt obligated to ask permission because he had paid her way through school. He then says at that time I said yes and I meant it! and now years later She Finally asks me, and I still felt the same until she told me that he was an ex-pimp. Then I felt terribly used but didn't say anything. I pretended that

(2)

it was just fine, if I have lost I played them together for their disrespectfulness by going to a pimp after all I had done for her and just throw it all away on a pimp, that I would just pretend it was fine and talk to him and get them together, and one day there in the house playing up, I'll have their house blown up and kill them both. And also, at that same time when I found out that he was a pimp. And that I'm really not a man but a woman traped in a mans body, and I have never had a pimp, I decided to get me one. First I planed to try to get them together if that didn't work I would speak up for myself. I'm the Italian mafia Leader and I get the best out of what life has to offer and in the way of sex for a woman it would be with a pimp. Due to all that experience that he must have, so I spoke up for myself. As this voting is going on this Judge transform into some crazy person and started acting frantic, screaming in some wee-wee voice "he's gona get Diane, he's gona get Diane, and started crying like a 3 or 4 year old kid. Soon afterward as the voting continues he says, some of the members if he be with me I'll let them live. Then he says, the hell with Diane, the Hell with my wife I'm looking out for myself. from this point on for the six days before Christmas in 04. I'm held captive as this Judge who transform from personality to personality, has me placed on a brain wave machine, called an eurom machine, physical torture, injection of drugs. one injection was to make my chest and buttock enlarge. another injection was a liquid that was to solify itself in a period of 6-12 months later and serve as target to project pain, over the brain area, making it look like great migranes. (which actually happened). This homosexual mental case while all this was going on stood in the background and cried. as he

(3)

streaming about what is this pimp want to be with me, I want this pimp, I ain't no man of, I'm a woman. Just look at me I'm the most beautiful woman on Earth. Just look at me, I'm unique, no other woman has hairy arms like I do and this nice beard, what do they have but a nice smooth body. What man wants a nice smooth body when he can have this hairy body to feel on and this beard to rub. Eventually this homosexual started crying uncontrollable and stating well if this pimp don't want to be with me, rape him, then this will show him how not to play hard to get. He knows he wants to be with me, all mens want to be with me I'm the most beautiful woman on earth. So I was repeatedly raped by other mens for days. While this weirdo creepy homosexual stood back and cried. Why doesn't he want to be with me?. After this ordeal my mind went just blank, I was arrested the next day. And it was quiet a while before memory of this started coming back. At that time I attempted to write the F.B.I. to informed them of what had happen, but my mail was confiscated, this is the information from county JAIL that qualifed me to be housed in protective custody here in CDC. (SNY). On the sny yard I had great problems. I repeatedly over heard c/os plotting to have me killed. My mail was being not mail but taken back to him. I've wrote the postal service and complained to no avail. I was transfered from Delano (sny) to pleasant valley sny, there my life was attempted upon by my cellie willy and officer Monroe involved. I wrote him up to no avail. I hear c/os saying they got orders to just have the mail room just send me a print out saying

the mail went out, but for nearly two years I'm positive that the Attorney General, the President of the United States, the FBI, that none of these Government entities bothered to even answer back. I recently had to lock it up due to hearing c/os being involved with inmates to attack me in the shower. I constantly heard c/os of D-quad stateing that they weren't going to help me if I got in a fight. Also that plotted on having me set up with a female staff here. I wrote to the Los Angeles civil court to record these incidents at the time, so did I write the warden here, but nothing has become of it as yet. I don't believe that it was all well passage. A Dr Mitchell here after I reported to her as directed by a booklet I was given by committee. of the sexual assualt, she got offend and tells me I'm lying that no one has done nothing to me. I'm imagining things, and its not her job to try and help me anyway. I've heard c/os say she is part of the Main mafia, and that she's trying her best to keep me on this yard so as to let the mafia set its peoples up around me. I also heard c/u Madera statement concerning my medication, I'm diabetic and receive insulin, and additionaly I take a pill to prevent future blindness and kidney failure, he says that nothing is really wrong with him for the additional medication, but it is queer to him his that he actually develops these illness for us based on he took the meds for a period of time. There's also a female A.D.L. coordinator that's in a

(cont on back of page 1)

a relationship with an inmate that I mentioned earlier, saying that the c/os were hoping to set me up with her, that involved her self by telling her boyfriend, that I spoke to her out of place or something to that effect, this is what caused the conspiracy for the inmates to attack me in the shower. the ADL Coordinator name is A-perida. all D-quad c/os and sgts are involved, I was forced to lock myself up on 12-26-07, for the safety of my life, I've implored CDC for federal transfer. due to the fact that my life is as good as gone in the state system. there was also at the time of the whole incident of Dec 04; police officer sgt Gibson involved in the rape himself. I filed charges with Pasadena, chief of Police, Internal affairs there, they called me at prison once at Delano, and took a report over the phone. this was in 2006. since then I've overheard c/os saying that internal affairs drop my complaint. I haven't been contacted since. And by the way I'm not homosexual I'm an healthy hetrosexual.

Sincerely

Douglas Wayne McCray F24989
4210 Colymens Colony Prison
Po Box 8101 San Luis Obispo CA. 93409
8104

1 _____
2 _____
3 _____
4 _____

5    I declare under penalty of perjury that the foregoing is true and correct.

7    Signed this _____ day of  January , 20 08

         *Douglas Wayne McCray*
                    (Plaintiff's signature)

COMPLAINT                    - 4 -

