UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Douglas Wayne McCray
           Plaintiff,

vs.

C/O Malore
C/O Monrue, Dr. Mitchell
Staff: D. Aguilera
Sgt. Benedict
Police Sgt. Bebon

           Defendant.

CV 08 0809 WHA (PR)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Douglas Wayne McCray, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_disability_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment — Yes ___ No ✓

   b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

   c. Rent payments? — Yes ___ No ✓

   d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

   e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

3. Are you married? — Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4. a. List amount you contribute to your spouse's support: $_____

APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15 *Jan 18 08*                           *Douglas Wayne McCray*
16 _____                         _____
17     DATE                               SIGNATURE OF APPLICANT

1
2                                        Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11

12   I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _____Ø_____ for the last six months
                                              [prisoner name]
14   __California Men's Colony__ where (s)he is confined.
        [name of institution]

15   I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ ____Ø____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $ ____Ø____.

18

19   Dated: 1-22-08                         _____Karen L Mock____ Acct
                                            [Authorized officer of the institution]  Tech.
20
21
22
23
24
25
26
27
28

the application of Forma
Pauperis, and the
Certificate of Funds
Forms had to be signed
by the trust office and
sent from the trust office
so it should be arriving
soon.
Don McCray F24989

```
REPORT ID: TS30?0                                REPORT DATE: 01/22/08
                                                 PAGE NO:     1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA MENS COLONY
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 15, 2007 THRU JAN. 22, 2008

ACCOUNT NUMBER : F24909              BED/CELL NUMBER: EFBQ04F200004210S
ACCOUNT NAME   : MCCRAY, DOUGLAS WAYNE    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY

   BEGINNING     TOTAL       TOTAL         CURRENT      HOLDS      TRANSACTIONS
   BALANCE       DEPOSITS    WITHDRAWALS   BALANCE      BALANCE    TO BE POSTED
   ---------     --------    -----------   --------     --------   ------------
      0.00         0.00         0.00         0.00         0.00         0.00


                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-22-2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY K. Mock   Acct. Tech.
TRUST OFFICE

CALIFORNIA MENS COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Douglas Wayne McCray
CDC#: E-14314    CELL: 4210

**STATE PRISON
GENERATED MAIL**

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

UNITED STATES POSTAGE
$ 00.58⁰
PITNEY BOWES
02 1M
0004714415
MAILED FROM ZIP CODE 93401
JAN 23 2008

*Legal*

94102/3423

Filed the Clerk
U.S. District Court
Northern District of
Cali. 450 Golden Gate
Ave, San Francisco
Cali. 94102