Northern District of Cali.
450 Golden Gate Ave.
San Francisco CA. 94102.

2-7-08.

FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

08-0809 WHA

To the Courts,
I recieved a civil rights package from you dated 12-21-07. My complaint was about CDC being an active member of the Italian Mafia. I fill the papers out on 1-22-08, I have been forced to flock it up for the safety of my life from both CDC staff and inmates, my complaints of overhearing their plots of honoring the Italian Mafia Wishes, has been totally ignored by all branches of CDC. Authorites. Since I've been here in AD seg. I've heard C/Os plotting as to when would be the best time to take action on me; I've demanded Federal transfer, it has been denied. Counselors are telling me I must be delusional no one is trying anything on me, just go back into General population. I have no idea what they are finally going to do. I'm requesting of you for expiedience of the process please, I'm living in day to day fear for the safety of my life.

Sincerely
Craig McCray. F-24989
#5260, Californias Colony
State Prison. P.O. Box 8101 San Luis Obispo, CA
93409-8101

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Douglas McCarry
CDCR # E94882 cell #: 420

STATE PRISON
GENERATED MAIL
RECEIVED
FEB 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FSP41-0077-1

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

UNITED STATES POSTAGE
02 1M
000424 7478
MAILED FROM ZIPCODE 93401
$ 00.41°
FEB 08 2008
PITNEY BOWES

Richard W. Wieking U.S
District Court Northern District
of California, 450 Golden
Gate Avenue San Francisco
California, 94102

94102/3661