IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS WAYNE McCRAY,

        Plaintiff,

  v.

Correctional Officer MONROE, Pleasant Valley State Prison; Police Sergeant GIBSON, Pasadena Police Department; Correctional Officer MABRE, DR. MITCHELL, STAFF OF "D" QUAD, ADL Coordinator PERIDA, all of the California Men's Colony; and Judge AGUILERA, Pasadena Municipal Court,

        Defendants.

No. C 08-0809 WHA (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Most of the acts complained of occurred in Pasadena and at the California Men's Colony in San Luis Obispo, both of which are in the venue of the United States District Court for the Central District of California. With the exception of defendant Monroe, who is a guard at Pleasant Valley State Prison in the Eastern District, defendants probably reside in the Central District as well. None of the events which gave rise to the complaint occurred in this district, and none of the defendants reside here, so venue is not proper here. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: February 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\McCray0809.trn.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS W MCCRAY,

        Plaintiff,

  v.

MABRE et al,

        Defendant.

Case Number: CV08-00809 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas W. McCray
#F-24989/ cell 4210
California Mens Colony State Prison
PO Box 8101
San Luis Obispo, CA 93409-8101

Dated: February 27, 2008

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk